1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ALMA PEREZ,

11           Plaintiff,                    No. CIV S-10-1249 GEB KJM PS

12       vs.

13   ACCUBANC MORTGAGE, et al.,

14           Defendants.              <u>ORDER</u>

15   _____/

16          This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21).

17   Defendants' motions to strike and to dismiss are calendared for hearing on June 30, 2010.  No

18   opposition to the motions has been filed.

19          Local Rule 78-230(c) provides that opposition to the granting of a motion must be

20   filed fourteen days preceding the noticed hearing date.  The Rule further provides that "[n]o

21   party will be entitled to be heard in opposition to a motion at oral arguments if written opposition

22   to the motion has not been timely filed by that party."  In addition, Local Rule 78-230(i)

23   provides that failure to appear may be deemed withdrawal of opposition to the motion or may

24   result in sanctions.  Finally, Local Rule 11-110 provides that failure to comply with the Local

25   Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or

26   within the inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that:

1.  The hearing date of June 30, 2010 is vacated.  Hearing on defendants' motions is continued to August 4, 2010 at 10:00 a.m. in courtroom no. 26.

2.  Plaintiff shall file opposition, if any, to the motions no later than July 21, 2010. Failure to file opposition and appear at the hearing will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED:  June 17, 2010.

_____
U.S. MAGISTRATE JUDGE

006
perez.nop